# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

## 3:14-cr-00001-TCB-RGV
## USA v. Benton
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 10/30/2014.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:40 A.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 00:40                DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Newnan

| | |
|---|---|
| DEFENDANT(S): | [1]Michael E. Benton Present at proceedings |
| ATTORNEY(S) PRESENT: | Judy Fleming representing Michael E. Benton<br>Teresa Hoyt representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | See Judgment in a Criminal Case for sentence. |